1  RANDALL W. EDWARDS (S.B. #179053)
   redwards@omm.com
2  O'MELVENY & MYERS LLP
   Two Embarcadero Center
3  28th Floor
   San Francisco, California 94111-3823
4  Telephone: +1 415 984 8700
   Facsimile: +1 415 984 8701
5
   REBECCA GIROLAMO (S.B. #293422)
6  bgirolamo@omm.com
   **O'MELVENY & MYERS LLP**
7  400 South Hope Street
   19th Floor
8  Los Angeles, CA 90071-2899
   Telephone: (213) 430-6000
9  Facsimile: (213) 430-6407

10 *Attorneys for Defendant*
   *Abbott Laboratories*

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Roz Saedi, *individually and on behalf of all others similarly situated*,<br><br>Plaintiff,<br><br>v.<br><br>SPD SWISS PRECISION DIAGNOSTICS GMBH d/b/a CLEARBLUE, PROCTER & GAMBLE CO. and ABBOTT LABORATORIES,<br><br>Defendants. | Case No. 2:24-CV-06525-WLH<br><br>**STIPULATION TO EXTEND TIME FOR ABBOTT LABORATORIES AND PROCTOR & GAMBLE CO. TO RESPOND TO INITIAL COMPLAINT BY NOT MORE THAN 30 DAYS (L.R. 8-3)**<br><br>Hon. Wesley Hsu<br><br>Date Service Complaint: Aug. 23, 2024<br>Current Response Date: Sept. 13, 2024<br>New Response Date: Oct. 11, 2024 |

1    Pursuant to Local Rule 8-3, Plaintiff Roz Saedi, individually and on behalf of
2    all others similarly situated, and Defendants Abbott Laboratories and Procter &
3    Gamble Co., by and through their respective counsel, hereby stipulate as follows:
4    WHEREAS, on August 1, 2024, Plaintiff filed the initial Class Action
5    Complaint against Defendants,
6    WHEREAS, Abbott Laboratories was served on August 23, 2024.
7    WHEREAS, Procter & Gamble Co. was served on August 29, 2024.
8    WHEREAS, Abbott Laboratories' current deadline to respond is September
9    13, 2024.
10   WHEREAS, Procter & Gamble Co.'s current deadline to respond is
11   September 19, 2024.
12   WHEREAS, Plaintiff, Abbott Laboratories, and Proctor & Gamble Co.
13   agreed to extend the deadline for Abbott Laboratories, and Proctor & Gamble Co.
14   to answer or otherwise respond to the Complaint until October 11, 2024;
15   WHEREAS, the extension to October 11, 2024 is not more than a 30-day
16   extension of either defendant's original deadline to respond to the Complaint;
17   WHEREAS, Abbott Laboratories, and Proctor & Gamble Co. have not
18   sought or been granted any other extension of time to respond to the Complaint;
19   and
20   WHEREAS, all parties join in this Stipulation.
21   NOW, THEREFORE, pursuant to Local Rule 8-3, the parties hereby
22   stipulate that Abbott Laboratories, and Proctor & Gamble Co. shall have until
23   October 11, 2024 to answer or otherwise respond to the Complaint.
24   IT IS SO STIPULATED.
25
26
27
28

| | | |
|---|---|---|
| Dated: September 13, 2024 | | **O'MELVENY & MYERS LLP** |
| | By: | /s/ *Randall W. Edwards* |
| | | Randall W. Edwards |

*Attorneys for Defendant Abbott Laboratories*

| | | |
|---|---|---|
| Dated: September 13, 2024 | | **SQUIRE PATTON BOGGS** |
| | By: | /s/ *Kristin Bryan* |
| | | Kristin Bryan |

*Attorney for Defendant Proctor & Gamble Co.*

| | | |
|---|---|---|
| Dated: September 13, 2024 | | **ALMEIDA LAW GROUP LLC** |
| | By: | /s/ *Matthew Langley* |
| | | Matthew Langley |

*Attorney for Plaintiff Roz Saedi, individually and on behalf of all others similarly situated*

## **Attestation**

I hereby attest pursuant to Civil L.R. 5-4.3.4(a)(2)(i) that all signatories on this document, and on whose behalf this filing is submitted, concur in the filing's content and have authorized the filing.

Dated: September 13, 2024          **O'MELVENY & MYERS LLP**

                                   By:   */s/ Randall W. Edwards*
                                         Randall W. Edwards