RANDALL W. EDWARDS (S.B. #179053)
redwards@omm.com
**O'MELVENY & MYERS LLP**
Two Embarcadero Center
28th Floor
San Francisco, California 94111-3823
Telephone: +1 415 984 8700
Facsimile: +1 415 984 8701

REBECCA GIROLAMO (S.B. #293422)
bgirolamo@omm.com
**O'MELVENY & MYERS LLP**
400 South Hope Street
18th Floor
Los Angeles, CA 90071-2899
Telephone: (213) 430-6000
Facsimile: (213) 430-6407

*Attorneys for Defendant*
*Abbott Laboratories*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Roz Saedi, *individually and on behalf of all others similarly situated*,<br><br>Plaintiff,<br><br>v.<br><br>SPD SWISS PRECISION DIAGNOSTICS GMBH d/b/a CLEARBLUE, PROCTER & GAMBLE CO. and ABBOTT LABORATORIES,<br><br>Defendants. | Case No. 2:24-CV-06525-WLH<br><br>**DEFENDANT ABBOTT LABORATORIES' CORPORATE DISCLOSURE STATEMENT [FRCP 7.1] AND CERTIFICATION AND NOTICE OF INTERESTED PARTIES UNDER L.R. 7.1-1** |

**Corporate Disclosure Statement**

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant Abbott Laboratories provides the following disclosure:

Abbott Laboratories is a publicly-held company registered with the New York Stock Exchange (NYSE: ABT) that has no parent corporation. No publicly-held company owns 10% or more of Abbott Laboratories' stock.

**Certification and Notice of Interested Parties**

Pursuant to Local Rule 7.1-1 of the United States District Court for the Central District of California, the undersigned, counsel of record for Abbott Laboratories, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

- Roz Saedi (Plaintiff)
- Abbott Laboratories (Defendant)
- SPD Swiss Precision Diagnostics GmbH d/b/a Clearblue (Defendant)
- Procter & Gamble, Co. (Defendant)

Dated: September 13, 2024

**O'MELVENY & MYERS LLP**

By: */s/ Randall W. Edwards*

Randall W. Edwards
*Attorney*