UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

ROZ SAEDI, on behalf of herself and all others similarly situated,

Plaintiff,

v.

SPD SWISS PRECISION DIAGNOSTICS GMBH d/b/a CLEARBLUE, PROCTER & GAMBLE CO. and ABBOTT LABORATORIES,

Defendants.

Case No. 2:24-cv-06525

**ORDER RE APPLICATION FOR LEAVE TO FILE CLASS ACTION COMPLAINT UNDER SEAL [7]**

On August 1, 2024, Plaintiff Roz Saedi ("Plaintiff") filed her Application for Leave to File Class Action Complaint Under Seal ("Application") pursuant to Local Rule 79-5.2.2. Plaintiff's Application seeks leave to file her Class Action Complaint under seal because unredacted portions of Plaintiff's proposed sealed Complaint are limited to her protected health information, including information on her specific medical conditions and medical testing sought.

The Court, having found compelling reasons to seal the requested portions of the Complaint, which are narrowly tailored to secret from the public view only plaintiff's personal health information, hereby **GRANTS** the Application and **ORDERS** that

Plaintiff may file, within fourteen days of this Order, the following document(s) or portions thereof under seal:

| Document | Sealed Portion |
|---|---|
| Plaintiff's Class Action Complaint | Paragraph 187, line 26 (partial)<br>Paragraph 189, line 5 (partial)<br>Paragraph 192, lines 18-20 (partial)<br>Paragraph 199, lines 1-2 |

**IT IS SO ORDERED.**

Dated: September 16, 2024

HON. WESLEY L. HSU
UNITED STATES DISTRICT JUDGE