**O'MELVENY AND MYERS LLP**
Randall W. Edwards (State Bar # 179053)
redwards@omm.com
Two Embarcadero Center, 28th Floor
San Francisco, CA 94111
Telephone: +1 415 984 8700
Facsimile: +1 415 984 8701

Rebecca A. Girolamo (State Bar # 293422)
rgirolamo@omm.com
400 South Hope Street, 18th Floor
Los Angeles, CA 90017
Telephone: +1 213 430 6000
Facsimile: +1 213 430 6407

*Attorneys for Defendant Abbott Laboratories*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROZ SAEDI, individually and on behalf of all other similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> SPD SWISS PRECISION DIAGNOSTICS GMBH d/b/a CLEARBLUE, PROCTER & GAMBLE CO. and ABBOTT LABORATORIES, <br><br> Defendants. | Case No. 2:24-cv-6525-WLH-E <br><br> **SECOND STIPULATION TO EXTEND TIME FOR ABBOTT LABORATORIES AND PROCTER & GAMBLE CO. TO RESPOND TO INITIAL COMPLAINT** <br><br> [Proposed Order filed concurrently herewith] <br><br> Judge:   Hon. Wesley L. Hsu <br><br> Date Complaint Served: Aug. 23, 2024 <br> Current Response Date: Oct. 11, 2024 <br> New Response Date: Nov. 8, 2024 |

Plaintiff, Roz Saedi, individually and on behalf of all others similarly situated, and Defendants Abbott Laboratories ("Abbott") and Procter & Gamble Co. ("P&G"), by and through their respective counsel, hereby stipulate as follows:

WHEREAS, on August 1, 2024, Plaintiff filed the initial Class Action Complaint against Defendants;

WHEREAS, Abbott was served on August 23, 2024;

WHEREAS, P&G was served on August 29, 2024;

WHEREAS, Plaintiff, Abbott, and P&G previously filed a stipulation pursuant to L.R. 8-3, extending Abbott's and P&G's deadline to respond to the Class Action Complaint by 30 days to October 11, 2024;

WHEREAS, Plaintiff, Abbott, and P&G are discussing the terms for a potential stipulation dismissing Abbott and P&G from the above-captioned lawsuit ("Stipulated Dismissal");

WHEREAS, in order to allow Plaintiff, Abbott, and P&G additional time to agree to the terms of the Stipulated Dismissal, Plaintiff, Abbott, and P&G stipulate to an additional extension of Abbott's and P&G's deadline to respond to the Class Action Complaint, up to and including November 8, 2024.

NOW, THEREFORE, Plaintiff, Abbott, and P&G hereby stipulate and agree, subject to the approval of the Court, that Abbott's and P&G's new deadline to respond to the Class Action Complaint is extended up to and until November 8, 2024.

**IT IS SO STIPULATED AND AGREED.**

| | | |
|---|---|---|
| 1 | | |
| 2 | Dated: October 11, 2024 | **ALMEIDA LAW GROUP LLC** |
| 3 | | By: */s/ Matthew Langley* |
| 4 | | Matthew Langley |
| 5 | | *Attorney for Plaintiff Roz Saedi,* |
| 6 | | *individually and on behalf of all others similarly situated* |
| 7 | | |
| 8 | Dated: October 11, 2024 | **O'MELVENY AND MYERS LLP** |
| 9 | | By: */s/ Randall W. Edwards* |
| 10 | | Randall W. Edwards |
| 11 | | *Attorney for Defendant Abbott Laboratories* |
| 12 | | |
| 13 | | |
| 14 | Dated: October 11, 2024 | **SQUIRE PATTON BOGGS (US) LLP** |
| 15 | | By: */s/ Kristin L. Bryan* |
| 16 | | Kristin L. Bryan |
| 17 | | *Attorney for Defendant Procter & Gamble Co.* |

## ATTESTATION STATEMENT

I, Randall W. Edwards, am the ECF User whose identification and password are being used to file this stipulation. Pursuant to Local Rule 5-4.3.4(a)(2)(i), I attest that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

/s/     *Randall W. Edwards*

Randall W. Edwards