1
2
3
4
5
6
7
8
9
10

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROZ SAEDI, individually and on behalf of all other similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>SPD SWISS PRECISION DIAGNOSTICS GMBH d/b/a CLEARBLUE, PROCTER & GAMBLE CO. and ABBOTT LABORATORIES,<br><br>Defendants. | Case No. 2:24-cv-6525-WLH-E<br><br>**[PROPOSED] ORDER GRANTING SECOND STIPULATION TO EXTEND TIME FOR ABBOTT LABORATORIES AND PROCTER & GAMBLE CO. TO RESPOND TO INITIAL COMPLAINT**<br><br>Judge:       Hon. Wesley L. Hsu<br><br>Date Complaint Served:  Aug. 23, 2024<br>Current Response Date:  Oct. 11, 2024<br>New Response Date:  Nov. 8, 2024 |

On October 11, 2024, the Parties filed a Second Stipulation to Extend Time for Abbott Laboratories and Procter & Gamble Co. to Respond to Initial Complaint (the "Stipulation").

The Court, having considered the Stipulation and finding good cause therefor, hereby GRANTS the request for additional time to respond as set forth in the Stipulation and ORDERS as follows:

1. Defendants Abbott Laboratories and Proctor & Gamble Co. shall have

1

1            up to and including November 8, 2024 to file responsive pleadings to the

2            Class Action Complaint in the above-captioned matter.

3    **IT IS SO ORDERED.**

4    DATE:_____    _____

5                          HON. WESLEY L. HSU

6                          UNITED STATES DISTRICT JUDGE

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28