**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ROZ SAEDI, individually and on behalf of all other similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>SPD SWISS PRECISION DIAGNOSTICS GMBH d/b/a CLEARBLUE; PROCTER & GAMBLE CO.; and ABBOTT LABORATORIES,<br><br>Defendants. | Case No. 2:24-cv-06525-WLH-E<br><br>**ORDER RE SECOND STIPULATION TO EXTEND TIME FOR ABBOTT LABORATORIES AND PROCTER & GAMBLE CO. TO RESPOND TO INITIAL COMPLAINT [31]** |

On October 11, 2024, the Parties filed a Second Stipulation to Extend Time for Abbott Laboratories and Procter & Gamble Co. to Respond to Initial Complaint (the "Stipulation," Docket No. 31).

The Court, having considered the Stipulation and finding good cause therefor, hereby **GRANTS** the request for additional time to respond as set forth in the Stipulation and **ORDERS** as follows:

Defendants Abbott Laboratories and Proctor & Gamble Co. shall have up to and

1

including November 8, 2024, to file responsive pleadings to the Class Action Complaint in the above-captioned matter.

**IT IS SO ORDERED.**

DATE: 10/16/2024

HON. WESLEY L. HSU
UNITED STATES DISTRICT JUDGE