Matthew J. Langley (SBN 342286)
**ALMEIDA LAW GROUP LLC**
849 W. Webster Avenue
Chicago, Illinois 60614
t: 773-554-9354
matt@almeidalawgroup.com

*Attorneys for Plaintiff & the Proposed Classes*

# IN THE UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROZ SAEDI, *on behalf of herself and all others similarly situated*,<br><br>Plaintiff,<br><br>vs.<br><br>SPD SWISS PRECISION DIAGNOSTICS GMBH d/b/a CLEARBLUE, PROCTER & GAMBLE CO. and ABBOTT LABORATORIES,<br><br>Defendants. | Case No.: 2:24-cv-06525-WLH-E<br><br>**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(i) AS TO DEFENDANTS PROCTER & GAMBLE CO. AND ABBOTT LABORATORIES** |

1  Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff hereby dismisses only Defendants Proctor & Gamble Co. and Abbott Laboratories from this action without prejudice and without costs. This action shall continue as to remaining Defendant SPD Swiss Precision Diagnostics GmbH d/b/a Clearblue.

DATE: October 24, 2024    Respectfully Submitted,

**ALMEIDA LAW GROUP LLC**

s/ *Matthew J. Langley*
Matthew J. Langley (SBN 342286)
**ALMEIDA LAW GROUP LLC**
849 W. Webster Avenue
Chicago, Illinois 60614
t: 312-576-3024
matt@almeidalawgroup.com

David DiSabato (*pro hac vice*)
ddisabato@sirillp.com
Tyler Bean (*pro hac vice*)
tbean@sirillp.com
**SIRI & GLIMSTAD LLP**
745 Fifth Avenue, Suite 500
New York, NY 10151
T: 929-677-5144

*Attorneys for Plaintiff & the Proposed Class*