**SQUIRE PATTON BOGGS (US) LLP**
Yamili F. Gonzalez (State Bar # 327820)
yamili.gonzalez@squirepb.com
555 South Flower Street, 31st Floor
Los Angeles, CA 90071
Telephone:  +1 213 689 6540
Facsimile:   +1 213 623 4581

Kristin L. Bryan (admitted *pro hac vice*)
kristin.bryan@squirepb.com
1120 Avenue of the Americas, 13th Floor
New York, NY 10036
Telephone:  +1 212 872 9800
Facsimile:  +1 212 872 9815

*Attorneys for Defendant SPD Swiss Precision Diagnostics GmbH d/b/a Clearblue*

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROZ SAEDI, individually and on behalf of all other similarly situated,<br><br>    Plaintiff,<br><br>  v.<br><br>SPD SWISS PRECISION DIAGNOSTICS GMBH,<br><br>    Defendant. | Case No. 2:24-cv-6525-WLH-E<br><br>**DEFENDANT SPD SWISS PRECISION DIAGNOSTICS GMBH'S NOTICE OF INTERESTED PARTIES**<br><br>Judge:  Hon. Wesley L. Hsu |

1    Pursuant to Federal Rule of Civil Procedure 7.1, Defendant SPD Swiss

2  Precision Diagnostics GmbH, through its attorneys, discloses that Abbott

3  Laboratories and Procter & Gamble Co., both publicly held companies, own 10% or

4  more of its stock.

5    Pursuant to Local Rule 7.1-1, the undersigned, counsel of record for SPD

6  Swiss Precision Diagnostics GmbH, certifies that the following listed party (or

7  parties) may have a pecuniary interest in the outcome of this case. These

8  representations are made to enable the Court to evaluate possible disqualification or

9  recusal.

10    • Roz Saedi;

11    • SPD Swiss Precision Diagnostics GmbH;

12    • Abbott Laboratories; and

13    • Procter & Gamble Co.

14

15  Dated: December 23, 2024        **SQUIRE PATTON BOGGS (US) LLP**

16                           By: */s/ Kristin L. Bryan*
                                  Kristin L. Bryan

17                        *Attorney for Defendant SPD Swiss*

18                        *Precision Diagnostics GmbH*

19

20

21