**SQUIRE PATTON BOGGS (US) LLP**
Yamili F. Gonzalez (State Bar # 327820)
yamili.gonzalez@squirepb.com
555 South Flower Street, 31st Floor
Los Angeles, CA 90071
Telephone: +1 213 689 6540
Facsimile: +1 213 623 4581

Kristin L. Bryan (admitted *pro hac vice*)
kristin.bryan@squirepb.com
1120 Avenue of the Americas, 13th Floor
New York, NY 10036
Telephone: +1 212 872 9800
Facsimile: +1 212 872 9815

*Attorneys for Defendant SPD Swiss Precision Diagnostics GmbH*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROZ SAEDI, individually and on behalf of all other similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>SPD SWISS PRECISION DIAGNOSTICS GMBH,<br><br>Defendant. | Case No. 2:24-cv-6525-WLH-E<br><br>**DECLARATION OF JAMES M. BRENNAN IN SUPPORT OF DEFENDANT SPD SWISS PRECISION DIAGNOSTICS GMBH'S RULE 12(B)(6) MOTION TO DISMISS** |

I, James M. Brennan, declare:

1. I am an attorney with the law firm Squire Patton Boggs (US) LLP, which is counsel of record for SPD Swiss Precision Diagnostics GmbH ("SPD") in this action.

1    2.    I am over 18 years of age, of sound mind, and fully competent to make this declaration. I have personal knowledge of the facts stated below and would readily and competently testify under oath if called as a witness.

3.    Attached as **Exhibit 1** is a true and correct copy of the privacy policy available at https://www.clearblue.com/privacy-policy (the "Privacy Policy") as captured by the Wayback Machine on the Internet Archive on October 12, 2022 and available at https://web.archive.org/web/20221012210417/https://www.clearblue.com/privacy-policy. I obtained Exhibit 1 from the Wayback Machine on December 13, 2024.

4.    Attached as **Exhibit 2** is a true and correct copy of the Privacy Policy as captured by the Wayback Machine on the Internet Archive on January 18, 2021 and available at https://web.archive.org/web/20210118194122/https://www.clearblue.com/privacy-policy. I obtained Exhibit 2 from the Wayback Machine on December 13, 2024.

5.    Attached as **Exhibit 3** is a true and correct copy of the Privacy Policy that I obtained on December 13, 2024 from SPD's website at https://www.clearblue.com/privacy-policy after dismissing a cookie banner.

6.    Attached as **Exhibit 4** is a true and correct copy of the consumer health data privacy policy available at https://www.clearblue.com/consumer-health-data-privacy-policy ("Supplemental Health Privacy Policy") as captured by the Wayback Machine on the Internet Archive on April 8, 2024 and available at

1  https://web.archive.org/web/20240408170412/https://www.clearblue.com/consumer-health-data-privacy-policy. I obtained Exhibit 4 from the Wayback Machine on December 13, 2024.

7. Exhibit 4 is the earliest capture of the Supplemental Health Privacy Policy available on the Wayback Machine.

8. Attached as **Exhibit 5** is a true and correct copy of the Supplemental Health Privacy Policy that I obtained on December 13, 2024 from SPD's website at https://www.clearblue.com/consumer-health-data-privacy-policy after dismissing a cookie banner.

9. Attached as **Exhibit 6** is a true and correct copy of the webpage available at https://www.clearblue.com/ (the "Home Page") as captured by the Wayback Machine on the Internet Archive on March 23, 2024 and available at https://web.archive.org/web/20240323083109/https://www.clearblue.com/. I obtained Exhibit 6 from the Wayback Machine on December 13, 2024 after dismissing a pop-up titled "About cookies on this site".

10. Attached as **Exhibit 7** is a true and correct copy of the Home Page as captured by the Wayback Machine on the Internet Archive on April 4, 2024 and available at https://web.archive.org/web/20240404112914/https://clearblue.com/. I obtained Exhibit 7 from the Wayback Machine on December 13, 2024 after dismissing a pop-up titled "About cookies on this site".

11. Exhibit 7 is the earliest capture of the Home Page available on the Wayback Machine which contains, at the footer of the page, a link to the Supplemental Health Privacy Policy ("Consumer Health Data Privacy Policy" under "Legal").

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 23rd day of December, 2024 in Cleveland, Ohio.

*/s/ James M. Brennan*
James M. Brennan