1  **SQUIRE PATTON BOGGS (US) LLP**
   Yamili F. Gonzalez (State Bar # 327820)
2  yamili.gonzalez@squirepb.com
   555 South Flower Street, 31st Floor
3  Los Angeles, CA 90071
   Telephone:  +1 213 689 6540
4  Facsimile:   +1 213 623 4581

5  Kristin L. Bryan (admitted *pro hac vice*)
   kristin.bryan@squirepb.com
6  1120 Avenue of the Americas, 13th Floor
   New York, NY 10036
7  Telephone:  +1 212 872 9800
   Facsimile:   +1 212 872 9815
8
   *Attorneys for Defendant SPD Swiss Precision Diagnostics GmbH*
9

10              **UNITED STATES DISTRICT COURT**
                **CENTRAL DISTRICT OF CALIFORNIA**

11 | ROZ SAEDI, individually and on behalf of all other similarly situated, | Case No. 2:24-cv-6525-WLH-E |
   |---|---|
12 | | **DEFENDANT SPD SWISS PRECISION DIAGNOSTICS GMBH'S AMENDED NOTICE OF MOTION** |
   | Plaintiff, | |
13 | v. | |
14 | SPD SWISS PRECISION DIAGNOSTICS GMBH, | Judge:    Hon. Wesley L. Hsu |
15 | Defendant. | Hearing: January 31, 2025 |

TO THE HONORABLE COURT, AND TO PLAINTIFF AND HER COUNSEL OF RECORD HEREIN:

NOTICE IS HEREBY GIVEN that on **January 31, 2025** at **1:30 p.m.** in Courtroom 9B of the above-entitled Court located at First Street Courthouse, 350 W. 1st Street, Los Angeles, California 90012, Defendant SPD Swiss Precision Diagnostics GmbH ("SPD") will and hereby does move the Court to dismiss the above-captioned action pursuant to Federal Rule of Civil Procedure 12(b)(6), on the grounds that Plaintiff fails to state a claim against SPD upon which relief can be granted.

This Amended Notice of Motion is intended to address the erroneous scheduling of the motion from "January 31, **2024**" as reflected in ECF No. 44 to "January 31, **2025**."

This Motion is based upon the Notice of Hearing, Memorandum of Points and Authorities and supporting Declaration of James M. Brennan filed on December 23, 2024, all pleadings, papers and records on file in this Action, and such other oral argument and documentary evidence as may be presented at or before the time of adjudication of this Motion.

Dated: December 26, 2024

**SQUIRE PATTON BOGGS (US) LLP**
By: */s/ Yamili F. Gonzalez*
Yamili F. Gonzalez

*Attorney for Defendant SPD Swiss Precision Diagnostics GmbH*