Matthew Langley, CA Bar No. 342846
matt@almeidalawgroup.com
**ALMEIDA LAW GROUP LLC**
849 W. Webster Avenue
Chicago, Illinois 60614
Tel: (312) 576-3024

*Attorneys for Plaintiff & the Class*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Roz Saedi, *individually and on behalf of all others similarly situated*,<br><br>*Plaintiff,*<br><br>v.<br><br>SPD SWISS PRECISION DIAGNOSTICS GMBH d/b/a CLEARBLUE,<br><br>*Defendant* | Case No.: 2:24-cv-6525-WLH-E<br><br>**JOINT STIPULATION FOR AMENDMENT OF BRIEFING SCHEDULE OF DEFENDANT'S MOTION TO DISMISS**<br><br>Judge: Hon. Wesley L. Hsu<br><br>Hearing: January 31, 2025 |

TO THE COURT AND TO ALL PARTIES AND COUNSEL OF RECORD:

    Plaintiff Roz Saedi, individually and on behalf of all others similarly situated ("Plaintiff") and Defendant SPD Swiss Precision Diagnostics GmbH, d/b/a Clearblue ("Defendant" and collectively with Plaintiff, the "Parties") submit the following Joint Stipulation to amend the current briefing schedule of Defendant's Motion to Dismiss:

    On December 23, 2024, Defendant filed its Rule 12(B)(6) Motion to Dismiss ("Motion to Dismiss") (D.E. #44).

    On December 26, 2024, Defendant filed an Amended Notice of Motion

1  setting the hearing on their Motion to Dismiss for January 31, 2025, at 1:30 p.m.
2  (D.E. #46).
3      Pursuant to L.R. 7-9, Plaintiff's response in opposition is currently due not
4  later than twenty-one (21) days before the date designated for the hearing of the
5  Motion to Dismiss, or on January 10, 2025.
6      Pursuant to L.R. 7-10, Defendant's reply in support is currently due not later
7  than fourteen (14) days before the hearing of the Motion to Dismiss, or on January
8  17, 2025.
9      Due to the holidays and the unavailability of Plaintiff's counsel who have pre-
10 planned travel and holiday plans, Plaintiff requests an amendment to the current
11 briefing schedule to prepare and finalize her opposition to Defendant's Motion to
12 Dismiss.
13     Neither party will be prejudiced by such an extension nor will the extension
14 cause any other of the case management deadlines to be effected.
15     After meeting and conferring, the Parties stipulate to amend the briefing
16 schedule based on a continued hearing date of February 28, 2025, at 1:30 p.m.
17     NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED by
18 and between Plaintiff and Defendant, and subject to Court approval that:

- The hearing on Defendant's Motion to Dismiss shall be continued to February 28, 2025, at 1:30 p.m.;
- Plaintiffs' opposition to Defendant's Motion to Dismiss shall be due on or before February 7, 2025.
- Defendant's reply is support of their Motion to Dismiss shall be due on or before February 14, 2025.

DATED: December 31, 2024     */s/ Matthew Langley*
                                                Matthew Langley, CA Bar No. 342846

matt@almeidalawgroup.com
**ALMEIDA LAW GROUP LLC**
849 W. Webster Avenue
Chicago, Illinois 60614
T: 312-576-3024
matt@almeidalawgroup.com

David DiSabato (admitted *pro hac vice*)
Tyler Bean (admitted *pro hac vice*)
**SIRI & GLIMSTAD LLP**
745 Fifth Avenue, Suite 500
New York, NY 10151
T: 929-677-5144
ddisabato@sirillp.com
tbean@sirillp.com

*Attorneys for Plaintiff & the Classes*

DATED: December 31, 2024

/s *Yamili F. Gonzalez*
Yamili F. Gonzalez (State Bar # 327820)
**SQUIRE PATTON BOGGS LLP**
555 South Flower Street, 31st Floor
Los Angeles, CA 90071
Telephone: +1 213 689 6540
Facsimile: +1 213 623 4581
yamili.gonzalez@squirepb.com

Kristin L. Bryan (admitted *pro hac vice*)
**SQUIRE PATTON BOGGS LLP**
1120 Avenue of the Americas, 13th Floor
New York, NY 10036
Telephone: +1 212 872 9800
Facsimile: +1 212 872 9815
kristin.bryan@squirepb.com

*Attorneys for Defendant SPD Swiss Precision Diagnostics GmbH*