1
2
3
4
5
6
7

**IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Roz Saedi, *individually and on behalf of all others similarly situated*,<br><br>*Plaintiff,*<br><br>v.<br><br>SPD SWISS PRECISION DIAGNOSTICS GMBH d/b/a CLEARBLUE,<br><br>*Defendant* | Case No.: 2:24-cv-6525-WLH-E<br><br>**ORDER RE JOINT STIPULATION FOR AMENDMENT OF BRIEFING SCHEDULE OF DEFENDANT'S MOTION TO DISMISS [47]** |

The Court, having reviewed the Joint Stipulation for Amendment of Briefing Schedule of Defendant's Motion to Dismiss, and GOOD CAUSE appearing, hereby GRANTS the Joint Stipulation and ORDERS as follows:

- The hearing on Defendant's Motion to Dismiss is continued to February 28, 2025, at 1:30 p.m.;
- Plaintiffs' opposition to Defendant's Motion to Dismiss is due on or

before February 7, 2025.

- Defendant's reply is support of their Motion to Dismiss is due on or before February 14, 2025.

**IT IS SO ORDERED.**

Dated: 1/3/2025

_____
HON. WESLEY L. HSU
UNITED STATES DISTRICT JUDGE