**IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Roz Saedi, *individually and on behalf of all others similarly situated*,<br><br>Plaintiff,<br><br>v.<br><br>SPD SWISS PRECISION DIAGNOSTICS GMBH d/b/a CLEARBLUE,<br><br>Defendant. | Case No.: 2:24-cv-6525-WLH-E<br><br>**ORDER REG JOINT STIPULATION FOR CONSOLIDATION OF HEARINGS AND JOINT REQUEST FOR REMOTE APPEARANCE [51]** |

The Court, having reviewed the Joint Stipulation for Consolidation of Hearings and Joint Request for Remote Appearance (the "Joint Stipulation"), and GOOD CAUSE appearing, hereby GRANTS the Joint Stipulation and ORDERS as follows:

- The Scheduling Conference set for February 21, 2025, at 1:00 p.m. shall be consolidated with MTD Hearing on February 28, 2025, at 1:30 p.m. and;

- All appearances at the foregoing Consolidated Hearings shall be via Zoom via the Zoom Webinar Information below:

    Zoom link: https://cacd-uscourts.zoomgov.com/j/1606398963?pwd=WWhvSlVWY2YxNEhFQkhnZTZoTWo3UT09

    Telephone: (669) 254-5252

    Webinar ID: 160 639 8963

    Passcode: 389432

**IT IS SO ORDERED.**

Dated: 2/18/2025

_____
HON. WESLEY L. HSU
UNITED STATES DISTRICT JUDGE