UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAUREN WOLF-BOND, individually and on behalf of all other similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>SPD SWISS PRECISION DIAGNOSTICS GMBH,<br><br>Defendant. | Case No. 2:24-cv-6525-WLH-E<br><br>**ORDER RE STIPULATION TO EXTEND TIME FOR DEFENDANT SPD TO RESPOND TO FIRST AMENDED COMPLAINT [62]** |

On March 25, 2025, the Parties filed a Stipulation to Extend Time for Defendant SPD to Respond to First Amended Complaint (the "Stipulation," Docket No. 62).

///

///

1

The Court, having considered the Stipulation and finding good cause therefor, hereby **GRANTS** the request for additional time to respond as set forth in the Stipulation and **ORDERS** as follows:

1. Defendant SPD Swiss Precision Diagnostics GmbH shall have up to and including May 5, 2025 to answer or otherwise respond to the First Amended Class Action Complaint in the above-captioned matter.

**IT IS SO ORDERED.**

DATE: March 28, 2025   _____

HON. WESLEY L. HSU

UNITED STATES DISTRICT JUDGE