UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | 2:24-cv-06525-WLH-E | Date | March 28, 2025 |
|---|---|---|---|
| Title | ***Saedi v. SPD Swiss Precision Diagnostics GmbH, et al.*** | | |

| Present: The Honorable | WESLEY L. HSU, United States District Judge |
|---|---|

| | |
|---|---|
| Holidae Crawford | None |
| Deputy Clerk | Court Reporter |
| Attorneys Present for Plaintiff: | Attorneys Present for Defendant: |
| None | None |

**Proceedings: (IN CHAMBERS) ORDER RE PLAINTIFF'S APPLICATION FOR LEAVE TO FILE FIRST AMENDED COMPLAINT UNDER SEAL [61]**

The Court is in receipt of Plaintiff's Application for Leave to File the First Amended Complaint Under Seal (the "Application"). (Docket No. 61). Plaintiff, however, failed to file an unredacted version of the First Amended Complaint along with her Application, in violation of Local Rule 79-5.2.2. *See* L.R. 79-5.2.2(a)(iv). Further, she did not inform the Court in the declaration accompanying the Application whether anyone opposes the Application. *See* L.R. 79-5.2.2(a)(i)(2). The Court, therefore, **DENIES** the Application without prejudice.

**IT IS SO ORDERED.**