# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

LAUREN WOLF-BOND, *on behalf of herself and all others similarly situated*,

Plaintiff,

vs.

SPD SWISS PRECISION DIAGNOSTICS GMBH d/b/a CLEARBLUE,

Defendant.

Case No.: 2:24-cv-06525-WLH-E

**ORDER RE PLAINTIFF'S SECOND APPLICATION FOR LEAVE TO FILE FIRST AMENDED CLASS ACTION COMPLAINT UNDER SEAL**

Presented before this Court is Plaintiff Lauren Wolf-Bond's ("Plaintiff") Second Application for Leave to File First Amended Class Action Complaint Under Seal ("Application") pursuant to Local Rule 79-5.2.2.

The Court having considered the Application, and declaration filed by Plaintiff, HEREBY ORDERS AS FOLLOWS:

1. The Application is **GRANTED**, given the good cause demonstrated. *See Clark v. InComm Financial Services, Inc.*, 2024 WL 1699346, at *3 (C.D. Cal. Apr. 9, 2024) (finding good cause to seal documents relating to the plaintiff's private medical condition); and

2. Plaintiff shall file the following document(s) or portions thereof under seal:

| Document | Sealed Portion |
|---|---|
| Plaintiff's First Amended Class Action Complaint | Paragraph 170, line 16 (partial)<br>Paragraph 172, line 21 (partial)<br>Paragraph 175, lines 9-11<br>Paragraph 183, lines 19-20 (partial) |

Date: April 10, 2025

HON. WESLEY L. HSU,
UNITED STATES DISTRICT JUDGE