**SQUIRE PATTON BOGGS (US) LLP**
Yamili F. Gonzalez (State Bar # 327820)
yamili.gonzalez@squirepb.com
555 South Flower Street, 31st Floor
Los Angeles, CA 90071
Telephone:  +1 213 689 6540
Facsimile:   +1 213 623 4581

Kristin L. Bryan (admitted *pro hac vice*)
kristin.bryan@squirepb.com
1120 Avenue of the Americas, 13th Floor
New York, NY 10036
Telephone: +1 212 872 9800
Facsimile: +1 212 872 9815

*Attorneys for Defendant SPD Swiss Precision Diagnostics GmbH*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAUREN WOLF-BOND, individually and on behalf of all other similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>SPD SWISS PRECISION DIAGNOSTICS GMBH,<br><br>Defendant. | Case No. 2:24-cv-06525-WLH-E<br><br>**JOINT NOTICE OF SETTLEMENT**<br><br>Judge:    Hon. Wesley L. Hsu<br><br>First Amended Complaint:  Mar. 20, 2025<br>Current Response Date:  May 5, 2025 |

Pursuant to Local Rule 16-15.7 and Paragraph I.5 of this Court's Standing Order for Newly Assigned Civil Cases [Dkt. No. 18], Plaintiff Lauren Wolf-Bond and Defendant SPD Swiss Precision Diagnostics GmbH (collectively, the "Parties") hereby report to this Court that they have reached a confidential settlement of

Plaintiff's individual claims in the above-referenced matter. The Parties are in the process of reducing the terms of their settlement to a formal written settlement agreement and will file a Joint Motion of Dismissal once the Parties finalize the terms of the settlement agreement. The Parties respectfully request that the Court stay all pending deadlines, including, but not limited to, Defendant's deadline to respond to the Complaint while the Parties finalize the terms of the settlement agreement.

Dated: May 2, 2025

**ALMEIDA LAW GROUP LLC**
By: /s/
    Matthew Langley

*Attorney for Plaintiff Lauren Wolf-Bond, individually and on behalf of all others similarly situated*

Dated: May 2, 2025

**SQUIRE PATTON BOGGS (US) LLP**
By: /s/
    Kristin L. Bryan

*Attorney for Defendant SPD Swiss Precision Diagnostics GmbH*

**ATTESTATION STATEMENT**

I, Yamili F. Gonzalez, am the ECF User whose identification and password are being used to file this stipulation. Pursuant to Local Rule 5-4.3.4(a)(2)(i), I attest that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

*/s/ Yamili F. Gonzalez*
Yamili F. Gonzalez