UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAUREN WOLF-BOND, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>SPD SWISS PRECISION DIAGNOSTICS GMBH,<br><br>Defendant. | Case No. 2:24-cv-06525-WLH-E<br><br>**ORDER RE JOINT MOTION TO MODIFY SCHEDULE FOR ORDER TO SHOW CAUSE AND FILING OF DISMISSAL [70]** |

Presented before this Court is the Parties' Joint Motion to Modify Schedule for Order to Show Cause and Filing of Dismissal.

The Court having considered the Motion, **HEREBY ORDERS AS FOLLOWS**:

1. The Motion is **GRANTED**;
2. All scheduled dates and deadlines preceding this Order are **VACATED**; and

///

///

///

3. The Court sets an Order to Show Cause re Dismissal for 7/25/2025 at 1:00 p.m. If a dismissal is not filed by 7/21/2025, counsel shall file a response to the Order to Show Cause, which includes the status of the settlement and the anticipated date the dismissal will be filed.

Date: July 8, 2025

HON WESLEY L. HSU,
UNITED STATES DISTRICT JUDGE