Tyler J. Bean*
SIRI & GLIMSTAD LLP
745 Fifth Avenue, Suite 500
New York, New York 10151
Tel: (772) 783-8436
tbean@sirillp.com

*pro hac vice admitted

Matthew Langley, CA Bar No. 342846
ALMEIDA LAW GROUP LLC
849 W. Webster Ave.
Chicago, IL 60614
Tel.: (708) 529-5418

*Attorneys for Plaintiffs and the Class*

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **LAUREN WOLF-BOND** on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>**SPD SWISS PRECISION DIAGNOSTICS GMBH**,<br><br>Defendant. | No. 2:24-cv-06525-WLH-E<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE**<br><br>**Hon. Wesley L. Hsu** |

PLEASE TAKE NOTICE THAT, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Lauren Wolf-Bond ("Plaintiff") hereby submits this voluntary dismissal with prejudice of her individual claims for the above-referenced matter with each party to bear their own costs and expenses.

Dated: July 21, 2025

Respectfully submitted,

*/s/ Tyler Bean*
Tyler J. Bean*
**SIRI & GLIMSTAD LLP**
745 Fifth Avenue, Suite 500
New York, New York 10151
Tel: (212) 532-1091
E: tbean@sirillp.com

*pro hac vice admitted*

Matthew Langley, CA Bar No. 342846
ALMEIDA LAW GROUP LLC
849 W. Webster Ave.
Chicago, IL 60614
Tel.: (708) 529-5418

***Attorneys for Plaintiff and the Class***

## CERTIFICATE OF SERVICE

The undersign hereby certifies that on July 21, 2025, the forgoing document was electronically filed with the Clerk of the District Court using the CM/ECF system, which will send notification of such filing to all attorneys of record.

*/s/ Tyler Bean*
TYLER BEAN